IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL BESSER, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

FIRST NATIONAL BANK OF MICHIGAN,

    Defendant.
_____/

Case No. 1:13-cv-00500-PLM

Hon. Paul L. Maloney

## STIPULATION AND ORDER OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this lawsuit and all claims made therein, with prejudice, with each party to bear its own costs and attorneys' fees.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's Complaint against Defendant and any amended versions of the Complaint filed in this matter, are dismissed, in their entirety, with prejudice; and

2.    Each party shall bear its own costs and attorneys' fees.

This Order resolves the last pending claim and closes this case.

**IT IS SO ORDERED.**

Date: July 25, 2013        /s/ Paul L. Maloney
                                                     Hon. Paul L. Maloney

**APPROVED FOR ENTRY BY:**

| | |
|---|---|
| THE LAW OFFICES OF DANIEL O. MYERS | MILLER, CANFIELD, PADDOCK AND STONE, PLC |
| / s /     Daniel O. Myers | / s /     Pamela C. Enslen |
| Daniel O. Myers (P49250) | Pamela C. Enslen (P33368) |
| 100 Park Street | 277 s. Rose Street, Suite 5000 |
| Traverse City, MI  49684 | Kalamazoo, MI  49007 |
| 231-929-0500 | 269-381-7030 |
| dmyers@domlawoffice.com | enslen@millercanfield.com |

Carlson Lynch Ltd

/ s /     Gary F. Lynch
Gary F. Lynch
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA  15212
412-322-9243

DATE:  July 25, 2013